**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 8, 2004

Alex Hernandez, AUSA
U.S. Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

       Re: Case Name: USA v Ricardo Rosario
            Number: 3:00cr227 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Sentencing Hearing
    Government Ex 1

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                    Sincerely,

                    Kevin F. Rowe, Clerk

                BY  /s/ Alice Montz
                    Alice Montz
                    Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____