**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

**KEVIN F. ROWE**
CLERK

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED 2004 DEC 10 A 8:59 U.S. DISTRICT COURT BRIDGEPORT, CONN

December 8, 2004

Alex Hernandez, AUSA
U.S. Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Case Name: USA v Ricardo Rosario
Number: 3:00cr227 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

Sentencing Hearing
Government Ex 1

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Alice Montz
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: _____