UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
                                               :
UNITED STATES OF AMERICA          :     No. 3:00 CR 227 (SRU)
                                               :
v.                                             :
                                               :
RICARDO ROSARIO                    :     January 5, 2006
                                               :
---------------------------------------------- :

**DEFENDANT ROSARIO'S MOTION TO ENLARGE TIME
TO SUBMIT BRIEF ADDRESSING APPELLATE REMAND**

Defendant, by and through his undersigned CJA counsel, respectfully requests an enlargement of 30 days, to February 6, 2006, of the currently-set deadline of January 6, 2006 to file his brief addressing the remand in the above-referenced case. In support of said motion, undersigned counsel makes the following representations:

1.      This honorable court's order setting the brief deadline for January 6, 2006 was issued in early December, 2005. Upon receipt, counsel undertook to retrieve the significant quantity of materials which comprised the trial and related record which existed when defendant was sentenced. In addition, counsel was away from the office during the week following Christmas. In short, additional time is needed to properly set forth the arguments to be made in the brief.

2.      Defendant respectfully requests, therefore, the enlargement to February 6, 2006 of said deadline for submitting the brief.

3.      AUSA Alex Hernandez has no objection to this motion being granted.

4.    This is defendant's first request for an enlargement of time to submit his brief addressing the Appellate Remand.

Respectfully submitted,
DEFENDANT RICARDO ROSARIO


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969

## **CERTIFICATION**

This is to certify that a copy hereof was mailed on January 5, 2006 to the following:

Alex V. Hernandez, AUSA
U.S. Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT 06604
Fax: 203/579-5550

 

 

 

 

 

_____
Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969