UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------ :
                                                 :
UNITED STATES OF AMERICA          : No. 3:00 CR 227 (SRU)
                                                 :
v.                                               :
                                                 :
RICARDO ROSARIO,                    : February 10, 2006
                                                 :
------------------------------------------------ :

**DEFENDANT RICARDO ROSARIO'S MOTION
FOR ENLARGEMENT OF TIME TO FILE
BRIEF ADDRESSING APPELLATE REMAND**

Defendant RICARDO ROSARIO, by and through his undersigned CJA counsel, respectfully requests that this court enlarge, by 30 days, to March 8, 2006, the time to file his brief addressing the Appellate Remand in this matter. In support of said motion, undersigned counsel makes the following representations:

1. Defendant Rosario was sentenced following the trial of him and approximately seven other defendants in the extensive prosecution of the Estrada organization. The prosecution produced significant materials which were relied upon in the sentencing of Defendant Rosario. Undersigned counsel is making every effort to review the extensive record to determine what matter should properly be brought to the court's attention for its consideration in light of the new cases which have prompted the remand.

2. For this reason Defendant Rosario, through his CJA counsel, respectfully requests that the court enlarge, to March 8, 2006, the deadline for submitting his brief.

ORAL ARGUMENT NOT REQUESTED

Defendant Rosario also respectfully requests this motion be granted nunc pro tunc to Monday, February 6, 2006. On that date counsel's office drafted this motion and contacted the government seeking its position on this request. For reasons having to do with undersigned counsel's complex schedule the motion was, inadvertently, not finalized until this date.

    3.    AUSA Alex Hernandez has advised undersigned counsel that the government does not object to the court's granting of this request.

    4.    Defendant Rosario respectfully requests, therefore, that the court extend to March 8, 2006, the date to file his brief addressing the appellate remand.

    5.    This is defendant's second request for an enlargement of time to file said brief.

>Respectfully submitted,
>DEFENDANT RICARDO ROSARIO
>
>By_____
>Robert J. Sullivan, Jr.
>LAW OFFICES OF ROBERT SULLIVAN
>190 Main Street
>Westport, Connecticut 06880
>Tel. No. 203/227-1404
>Federal Bar No. CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969

**CERTIFICATION**

This is to certify that a copy hereof was mailed on February 10, 2006 to the following:

Alex Hernandez, AUSA
Office of U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                _____
                                                Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969