

FILED

2006 MAR -8 A 9: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 3:00 CR 227 (SRU) |
| v. | : |
| RICARDO ROSARIO | : March 7, 2006 |

---

### DEFENDANT ROSARIO'S MOTION TO ENLARGE TIME
### TO SUBMIT BRIEF ADDRESSING APPELLATE REMAND

Defendant, by and through his undersigned CJA counsel, respectfully requests an enlargement of three weeks, to March 29, 2006, of the currently-set deadline of March 8, 2006 to file his brief addressing the remand in the above-referenced case. In support of said motion, undersigned counsel makes the following representations:

1. Undersigned counsel has made a significant effort to re-evaluate the large volume of materials which were available for the court's consideration when Defendant Rosario was first sentenced. While that effort is substantially complete, other trial and appellate commitments have been such that counsel has not completed that evaluation.

2. Defendant respectfully requests, therefore, the enlargement to March 29, 2006 of said deadline for submitting the brief.

3. This date undersigned counsel left a comprehensive voice mail message for AUSA Alex Hernandez seeking the government's position. As of the time that this motion was dispatched for filing, undersigned counsel had not yet heard back from Mr. Hernandez, but reasonably believes that the government will have no objection to the requested continuance.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969

4.   This is defendant's third request for an enlargement of time to submit his brief addressing the Appellate Remand.

>
> Respectfully submitted,
> DEFENDANT, RICARDO ROSARIO
>
> By _____
> Robert J. Sullivan, Jr.
> LAW OFFICES OF ROBERT SULLIVAN
> 190 Main Street
> Westport, Connecticut 06880
> Tel. No. 203/227-1404
> Federal Bar No. CT08969

-2-

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969

## CERTIFICATION

This is to certify that a copy hereof was mailed on March 7, 2006 to the following:

Alex V. Hernandez, AUSA
U.S. Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT 06604
Fax: 203/579-5550

_____
Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969