UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
                                               :
UNITED STATES OF AMERICA         : No. 3:00 CR 227 (SRU)
                                               :
v.                                             :
                                               :
RICARDO ROSARIO                    : March 28, 2006
                                               :
---------------------------------------------- :

**DEFENDANT ROSARIO'S MOTION TO ENLARGE TIME
TO SUBMIT BRIEF ADDRESSING APPELLATE REMAND**

Defendant, by and through his undersigned CJA counsel, respectfully requests an enlargement of time to April 10, 2006, of the currently-set deadline of March 29, 2006 to file his brief addressing the remand in the above-referenced case. In support of said motion, undersigned counsel makes the following representations:

1. Undersigned counsel has made a significant effort to re-evaluate the large volume of materials which were available for the court's consideration when Defendant Rosario was first sentenced. While that effort is substantially complete, other trial and appellate commitments have been such that counsel has not completed that evaluation.

2. Defendant respectfully requests, therefore, the enlargement to April 10, 2006 of said deadline for submitting the brief.

3. This date undersigned counsel left a comprehensive voice mail message for AUSA Alex Hernandez seeking the government's position. As of the time that this motion was dispatched for filing, undersigned counsel had not yet heard back from Mr.

ORAL ARGUMENT NOT REQUESTED

Hernandez, but reasonably believes that the government will have no objection to the requested continuance.

  4. This is defendant's fourth request for an enlargement of time to submit his brief addressing the Appellate Remand.

        Respectfully submitted,
        DEFENDANT RICARDO ROSARIO


        By_____
          Robert J. Sullivan, Jr.
          LAW OFFICES OF ROBERT SULLIVAN
          190 Main Street
          Westport, Connecticut 06880
          Tel. No. 203/227-1404
          Federal Bar No. CT08969

**CERTIFICATION**

      This is to certify that a copy hereof was mailed on March 28, 2006 to the following:

Alex V. Hernandez, AUSA
U.S. Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT 06604
Fax: 203/579-5550

                                                                                              _____
                                                                                 Robert J. Sullivan, Jr.

-3-

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969