FILED

2006 APR 11  A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------- :
                                                   :
UNITED STATES OF AMERICA              :    No. 3:00 CR 227 (SRU)
                                                   :
v.                                                 :
                                                   :
RICARDO ROSARIO                       :    April 10, 2006
                                                   :
-------------------------------------------------- :

## DEFENDANT ROSARIO'S MOTION TO ENLARGE TIME
## TO SUBMIT BRIEF ADDRESSING APPELLATE REMAND

Defendant, by and through his undersigned CJA counsel, respectfully requests an enlargement of time to April 28, 2006, of the currently-set deadline of April 10, 2006 to file his brief addressing the remand in the above-referenced case. In support of said motion, undersigned counsel makes the following representations:

1.    Undersigned counsel has made a significant effort to re-evaluate the large volume of materials which were available for the court's consideration when Defendant Rosario was first sentenced. While that effort is substantially complete, other trial and appellate commitments have been such that counsel has not completed that evaluation.

2.    In particular, on March 22, 2006, undersigned counsel accepted a CJA appointment in what counsel understood to be a new, multi-defendant case which, typically, do not commence trial for many months following the presentment. Counsel learned after accepting said appointment that the matter (USA v. Luna, Docket No. 3:05cr58) assigned to this court, had been pending since early to mid-2005 and had a

ORAL ARGUMENT NOT REQUESTED

LAW OFFICES OF ROBERT SULLIVAN 190 Main Street Westport, CT 06880 Tel. 203/227-1404 Juris No. 405837 Federal Bar No.CT08969

date certain for trial of early May, 2006. While counsel will be petitioning the court to reschedule said trial, undersigned counsel has, since said appointment, carefully reviewed the discovery provided in that case so that he may be as prepared as possible should the court not grant said motion. That review has impacted counsel's availability to complete the brief in the subject remand.

   3. Defendant respectfully requests, therefore, the enlargement to April 28, 2006 of said deadline for submitting the brief.

   4. The government has no objection to this requested enlargement of time.

   5. This is defendant's fifth request for an enlargement of time to submit his brief addressing the Appellate Remand.

         Respectfully submitted,
         DEFENDANT RICARDO ROSARIO

        By_____
        Robert J. Sullivan, Jr.
        LAW OFFICES OF ROBERT SULLIVAN
        190 Main Street
        Westport, Connecticut 06880
        Tel. No. 203/227-1404
        Federal Bar No. CT08969

-2-

## CERTIFICATION

This is to certify that a copy hereof was mailed on April 10, 2006 to the following:

Alex V. Hernandez, AUSA
U.S. Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT 06604
Fax: 203/579-5550


Robert J. Sullivan, Jr.

-3-