UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- :
:
UNITED STATES OF AMERICA  :  No. 3:00 CR 227 (SRU)
:
v. :
:  July 7, 2006
RICARDO ROSARIO :
:
---------------------------------------------- :

**DEFENDANT'S MOTION FOR LEAVE
TO SUBMIT INTERIM CJA BILLINGS**

Defendant RICARDO ROSARIO, by and through his undersigned counsel, respectfully moves this court for leave to submit interim CJA billings. In support of this motion, defendant represents:

1. On November 28, 2005, the United States Court of Appeals for the Second Circuit remanded the above-captioned case to this honorable court for further proceedings. Undersigned counsel is, and has been, CJA counsel for defendant Rosario.

2. On April 28, 2006, undersigned counsel submitted to this court Defendant Rosario's Brief Addressing Appellate Remand. The briefing is complete and the matter is under submission to this court.

3. Undersigned counsel respectfully submits that this case is an appropriate one for the entry of an order permitting the submission of interim billings.

4. Counsel respectfully rquests, therefore, that this court enter an order permitting the submission of interim CJA billings.

ORAL ARGUMENT NOT REQUESTED

.

        Respectfully submitted,
        DEFENDANT RICARDO ROSARIO


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, Connecticut 06880
  Tel. No. 203/227-1404
  Federal Bar No. CT08969

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2006, a copy of the foregoing document was filed and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

             _____
             Robert J. Sullivan, Jr.
             LAW OFFICES OF ROBERT SULLIVAN
             190 Main St.,   Westport, CT 06880
             Phone:  203/227-1404
             Fax: 203/226-6403
             Federal Bar No. CT08969
             E-mail: rjslaw@optonline.net; rjslawdl@optonline.net