Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of __Connecticut__

USA

RICARDO ROSARIO

Docket No.: 3:00cr227

Stefan R. Underhill
(District Court Judge)

Notice is hereby given that __Ricardo Rosario__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ X ] __Ruling on Sentencing Following Appellate Remand__
(specify)

entered in this action on __November 30, 2006__
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    Conviction and Sentence [ ___ ]

Date __December 1, 2006__

TO
AUSA Alex V. Hernandez
915 Lafayette Blvd.
Bridgeport, CT 06604

Robert J. Sullivan, Jr.
(Counsel for Appellant)
Address: 190 Main Street
Westport, CT 06880

Telephone Number: 203/227-1404

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ XX ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ XX ] Sentencing __Safety Valve and Crosby Remand__<br>[ ___ ] Post-trial proceedings | Dates<br><br><br><br>11/30/06 |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ✓ ] Funds [ ___ ]    CJA Form 24 [ XX ]

ATTORNEY'S SIGNATURE _/s/ signed/_    DATE 12/4/06

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | | | |

Date _____    Signature _____
(Court Reporter)

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05