UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:00cr227(SRU) |
| ESTRADA, ET AL., Defendants. | |

**CONFERENCE MEMORANDUM**

On November 28, 2006, I held a phone conference on the record with Alex Hernandez representing the government, and Robert Sullivan, representing the defendant, Ricardo Rosario. The purpose of the conference was to discuss how to proceed at the evidentiary hearing scheduled for Thursday, November 30, 2006 at 11:00 a.m.

The Second Circuit Court of Appeals issued a mandate, ordering that I make findings on two issues bearing on Rosario's eligibility for the "safety valve" provision of the United States Sentencing Guidelines: (1) Rosario's criminal history category, and (2) Whether Rosario used a firearm in connection with the offense of conviction. I scheduled an evidentiary hearing to give both sides the opportunity to present evidence on those issues. Both counsel indicated, however, that they did not feel that additional evidence would be necessary, and that I could make the required findings based on the current record.

In light of counsel's representations, I told counsel that Thursday's hearing would be, in essence, an oral argument, rather than an evidentiary hearing. Neither side intends to present live witnesses, although the government intends to proffer the statement of one witness. Based on the argument and the current record, I will make the findings mandated by the Court of Appeals. At some point after Thursday's hearing, I will consider the *Crosby* remand issue, and if a further sentencing proceeding is necessary, I will schedule it for a future date.

I also inquired whether the proffer requirements have been met for the safety valve provision. Counsel disagree about whether the requirements have been met and indicated that they would confer amongst themselves.

Dated at Bridgeport, Connecticut, this 28th day of November 2006.

                                                    /s/ Stefan R. Underhill
                                                    Stefan R. Underhill
                                                    United States District Judge