Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of **Connecticut**

USA

RICARDO ROSARIO

Docket No.: 3:00cr227

Stefan R. Underhill
(District Court Judge)

Notice is hereby given that **Ricardo Rosario** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ X ] **Ruling on Sentencing Following Appellate Remand**
(specify)

entered in this action on **November 30, 2006**
(date)

Offense occurred after November 1, 1987    Yes [ X ]   No [ ___ ]

This appeal concerns: Conviction only [ ___ ]   Sentence only [ X ]   Conviction and Sentence [ ___ ]

Date **December 1, 2006**

TO
AUSA Alex V. Hernandez
915 Lafayette Blvd.
Bridgeport, CT 06604

Robert J. Sullivan, Jr.
(Counsel for Appellant)
Address 190 Main Street
Westport, CT 06880

Telephone Number: 203/227-1404

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ XX ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of                                Dates<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ XX ] Sentencing **Safety Valve and Crosby Remand**<br>[ ___ ] Post-trial proceedings    **11/30/06** |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ___ ] Funds [ ___ ]   CJA Form 24 [ XX ]

ATTORNEY'S SIGNATURE _(signed)_   DATE 12/4/06

▶ COURT REPORTER ACKNOWLEDGMENT
To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| Date _____ | Signature _____ (Court Reporter) | | |

### DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05