UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ------------------------------------------- : | |
| : | No. 3:00CR227 (SRU) |
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| RICARDO ROSARIO : | May 15, 2007 |
| : | |
| ------------------------------------------- : | |

**INDEX TO THE RECORD ON APPEAL**

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 6/20/01 | 473 | Third Superseding Indictment | 1 |
| 9/12/01 | 675 | Motion to Dismiss | 2 |
| 4/2/02 | 954 | Verdict | 3 |
| 4/3/02 | 965 | Judgment | 4 |
| 6/21/02 | 1008 | Transcript of July Trial held on 3/14/02 | 5 |
| 6/21/02 | 1009 | Transcript of Jury Trial held on 3/15/02 | 6 |
| 6/27/02 | 1011 | Transcript of Jury Trial held on 3/18/02 | 7 |
| 7/1/02 | 1013 | Transcript of Jury Trial held on 3/4/02 | 8 |
| 7/3/02 | 1014 | Transcript of Jury Trial held on 3/5/02 | 9 |
| 7/8/02 | 1015 | Sentencing Memorandum | 10 |
| 7/12/02 | 1016 | Transcript of Proceedings held on 3/6/02 | 11 |
| 7/19/02 | 1024 | Transcript of Jury Trial held on 3/8/02 | 12 |
| 7/22/02 | 1028 | Transcript of Jury Trial held on 3/12/02 | 13 |
| 7/24/02 | 1030 | Transcript of Jury Trial held on 3/13/02 | 14 |
| 8/2/02 | 1039 | Transcript of Jury Trial held on 3/20/02 | 15 |
| 8/5/02 | 1041 | Transcript of Jury Trial held on 3/21/02 | 16 |
| 9/26/02 | 1106 | Sentencing Memorandum | 17 |
| 9/26/02 | 1107 | Memorandum by Ricardo Rosario | 18 |

| Date | Doc # | Description | # |
|---|---|---|---|
| 9/26/02 | 1108 | Motion for Leave to File Sealed Document | 19 |
| 9/26/02 | 1109 | Sealed Document | 20 |
| 9/27/02 | 1110 | Sentencing Memorandum | 21 |
| 9/27/02 | 1115 | Sentencing held | 22 |
| 10/2/02 | 1117 | Marked Court Exhibit List | 23 |
| 10/3/02 | 1119 | Judgment | 24 |
| 10/7/02 | 1123 | Transcript of Sentencing | 25 |
| 3/11/02 | 911 | Transcript of proceedings on March 6, 7, 2002 | 26 |
| 12/14/05 | 1434 | Post-Booker Memorandum | 27 |
| 5/1/06 | 1485 | Appellate Remand Brief by Ricardo Rosario | 28 |
| 5/5/06 | 1486 | Supplemental Post-Booker Memorandum by USA | 29 |
| 11/30/06 | 1551 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Hearing as to Ricardo Rosario | 30 |
| 12/5/06 | 1559 | Notice of Appeal | 31 |
| 1/10/07 | 1567 | Transcript of Safety Valve and Crosby Remand | 32 |

Respectfully submitted,
THE DEFENDANT


By_____
  Robert J. Sullivan, Jr.
  LAW OFFICES OF ROBERT SULLIVAN
  190 Main Street
  Westport, CT 06880
  Tel. No. (203) 227-1404
  Federal Bar Number CT08969

## **CERTIFICATION**

      This is to certify that a copy hereof was mailed on May 14, 2007 to the following:

Alex V. Hernandez, AUSA
U.S. Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT 06604

 

                                                    _____
                                                      Robert J. Sullivan, Jr.

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837